IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON ISAKSON, | CV 24-52-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| CARIS LIFE SCIENCES, INC., | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 7th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court